IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TYRONE KNIGHT,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5821

Opinion filed June 1, 2017.

An appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

Tyrone Knight, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    DISMISSED.

WETHERELL, RAY, and MAKAR, JJ., CONCUR.